# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RSL FUNDING, LLC,<br><br>                                Plaintiff,<br><br>       v.<br><br>INTERNAL REVENUE SERVICE, *et al.*,<br><br>                                Defendant's. | Case No. 2:13-cv-01635-RFB-PAL<br><br>**ORDER OF DISMISSAL FOR WANT OF PROSECUTION** |

Upon review of the record in this case, the Court finds that this action has been pending for more than two hundred and seventy (270) days without any proceeding of record having been taken. Therefore, pursuant to Rule 41-1 of Part II of the Local Rules of Practice for the District of Nevada,

**IT IS ORDERED** that this action is DISMISSED without prejudice for want of prosecution.

DATED this 20th day of March, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**